IDA WAGNER, appellant,

*v.*

PHILIP J. DEEGAN et al., respondents.

[Argued June 24th, 1909. Decided November 15th, 1909.]

On appeal from a decree of the court of chancery.

*Mr. J. M. Archer* and *Mr. Frederick A. Rex,* for the respondents.

*Mr. Joseph Kaighn,* for the appellant.

Affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—14.

*For reversal*—None.